UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of the United States Department of Labor,<br><br>    Plaintiff,<br><br>V.<br><br>GEORGE HOFMEISTER, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 5:12-cv-250-KKC<br>(consolidated with 5:13-cv-156-KKC and 5:13-cv-158-KKC for scheduling, pretrial management, and discovery)<br><br>ORDER |

*** *** ***

The Court previously ordered any party with an outstanding claim or other reason for not closing this matter to file a notice in the Record explaining their position. [DE 217] No party has filed any such notice. Accordingly, the Court hereby orders as follows:

1. The Pretrial Conference scheduled for August 10, 2016, and Bench Trial scheduled for September 19, 2016, are **CANCELED**; and

2. This matter is **STRICKEN** from the Court's active docket.

Dated August 9, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY